## IN THE MATTER OF PETER CHARTRON

### 1810

#### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . *Printed in Vol. 2*
2. Order for habeas corpus . . . . . . . . . .
3. Writ of habeas corpus . . . . . . . . . .
4. Return . . . . . . . . . . . . . .
5. Writ of execution . . . . . . . . . . .
6. Copy of record of court of Quarter Sessions . . . "
7. Copy of record of James Abbott, J.P.D.H.& D. . . . . .
8. Order (incomplete) . . . . . . . . . . .

## IN THE MATTER OF ANDRE COLHOUN

### 1810

#### PAPERS IN FILE
[None]